**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

**CHERYL ANN VALERIO,**

        **Plaintiff,**

    **-v.-**                                 **5:14-CV-1457**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


**DECISION & ORDER**

This matter was referred to the Hon. Andrew T. Baxter, United States Magistrate

Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule

72.3(d) of the Local Rules of the Northern District of New York. In a Report and

Recommendation dated January 5, 2016, Magistrate Judge Baxter recommends that the

decision of the Commissioner be affirmed and the plaintiff's complaint be dismissed. No

objections to the Report and Recommendation have been lodged and the time for filing

objections has expired.

**CONCLUSION**

After examining the record, this Court has determined that the Report and

Recommendation is not subject to attack for plain error or manifest injustice. Therefore,

the Court **ADOPTS** the Report and Recommendation [dkt. # 16] for the reasons stated

therein. The decision of the Commissioner is **AFFIRMED,** and the plaintiff's complaint is

**DISMISSED**.

**IT IS SO ORDERED.**

**Dated:**January 29, 2016

Thomas J. McAvoy
Senior, U.S. District Judge